NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLES R. FULLMER,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD,**
**Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2014-7046

---

Appeals from the United States Court of Appeals for Veterans Claims in Nos. 09-3870, 13-411, Judge William A. Moorman.

---

**ORDER**

---

Before NEWMAN, MOORE, and HUGHES, *Circuit Judges.*

PER CURIAM.

IT IS ORDERED THAT:

This case is hereby dismissed for lack of jurisdiction.

FOR THE COURT

 January 9, 2015                     /s/ Daniel E. O'Toole
      Date                              Daniel E. O'Toole
                                             Clerk of Court